UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, for the use and benefit of TROMBLEY ENTERPRISES, LLC dba as TROMBLEY PAINTING COMPANY, a California Limited Liability Company,<br><br>    Plaintiff,<br><br>    v.<br><br>SAUER, INC., et al.,<br><br>    Defendants.| Case No. 5:17-cv-04568-EJD<br><br>5:18-cv-00612-EJD<br><br>**PRETRIAL ORDER (JURY)** |
| THE UNITED STATES OF AMERICA, for the use and benefit of BERGELECTRIC CORP., a California corporation; and BERGELECTRIC CORP., a California corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>SAUER, INC., et al.,<br>    Defendants | |

The above-entitled actions are scheduled for a Trial Setting Conference on May 30, 2019. Based on the parties' Joint Trial Setting Conference Statements and statements regarding consolidation filed May 3, 2019, the court has determined an appearance is unnecessary at this time. Accordingly, the Trial Setting Conference is VACATED and the parties are ordered to comply with the following schedule.

IT IS HEREBY ORDERED that the following schedule shall apply to this case:

| EVENT | DATE |
|---|---|
| Status Conference Statement re readiness for trial | November 11, 2019 |
| Status Conference re readiness for trial | 10:00 a.m. on November 21, 2019 |
| Final Pretrial Conference | 11:00 a.m. on February 13, 2020 |
| Joint Final Pretrial Conference Statement, Motions *in Limine* and Exchange of Exhibits | January 24, 2020 |
| Voir Dire Questions, Proposed Jury Instructions, Oppositions to Motions *in Limine* and Proposed Jury Verdict Forms | January 24, 2020 |
| Trial Exhibits | January 24, 2020 |
| Jury Selection | 9:00 a.m. on March 3, 2020 |
| Jury Trial[1] | March 3, 4, 6, 10, 11, 13, 17, 18, 20, 24, 25, 27, 31, 2020, April 1, 3, 7, 8, 10, 2020 |
| Jury Deliberations | April 14-17, 2020 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Cases, a copy of which is available from the Clerk of the Court,[2] with regard to all pretrial submissions.

The court advises the parties that this is the **final case schedule.** All parties are expected to comply as directed above. This schedule will not be amended further absent the presentation of good cause necessitating such an amendment. The court will defer a decision on consolidation until the November 21, 2019 status conference. In the event the cases are not consolidated, the

---

[1] Jury trials are held in full day sessions on Tuesdays, Wednesdays and Fridays, unless the Court specifies otherwise. On the date set for jury selection, counsel should be prepared to commence trial proceedings immediately after a jury is identified. The final trial schedule will be confirmed at the Final Pretrial Conference.

[2] A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order for Civil Cases."

court will conduct one trial after the other during the time frame set forth above.

**IT IS SO ORDERED.**

Dated: May 8, 2019

_____
EDWARD J. DAVILA
United States District Judge